AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

FILED
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

FEB 14 2006

CLERK

___Judicial___ DISTRICT OF ___New Mexico___

UNITED STATES OF AMERICA
V.
Eric PAGE

**CRIMINAL COMPLAINT**

CASE NUMBER: 06M3535

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 25-27, 2005__ in __Chaves__ county, in the __Judicial__ District of __New Mexico__ defendant(s) did, (Track Statutory Language of Offense)

Conspire to Possess with Intent to Distribute a Schedule II Controlled Substance, To Wit: Methamphetamine, Over 85 Grams.

in violation of Title __21__ United States Code, Section(s) __846__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts: On October 25, 2005, Agent Lara of the Chaves County Metro Narcotics Task Force purchased approximately 28.5 grams of methamphetamine from a person who is now a Cooperating Source (CS). At the time of the purchase, the CS went to pick up the methamphetamine, and was seen meeting with a person driving a vehicle registered to Donnell HUNTER. Approximately one minute later, the CS returned and gave Agent Lara the ounce of methamphetamine. On October 27, 2005, Agent Lara met with the CS and purchased an additional 57 grams of methamphetamine. According to Agent Lara, the CS was accompanied by Eric PAGE. The methamphetamine was field tested and resulted in a positive indication as methamphetamine. On Jannuary 12, 2006, an interview was conducted with PAGE. At that time, PAGE admitted being the go-between for the CS, HUNTER and Agent Lara while Agent Lara was working in an undercover capacity. According to PAGE, he was paid for his transportation and delivery of the methamphetamine.

Continued on the attached sheet and made a part     ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me, and subscribed in my presence,

02/14/06
Date

at Roswell, NM
City and State

Kea Riggs, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer