UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE KEA W. RIGGS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: 06M3535          DATE: 02/14/06          TAPE NUMBER: RO-06-02

CLERK: **T. KYSER**                      TYPE OF HEARING: **Initial Presentment**

DEFENDANT(S):                        ATTORNEY(S):

**Eric PAGE**
_____  _____ ( ) Appt'd.  ( ) Ret'd.
_____  _____ ( ) Appt'd.  ( ) Ret'd.
_____  _____ ( ) Appt'd.  ( ) Ret'd.
_____  _____ ( ) Appt'd.  ( ) Ret'd.

USA by:           Asst. U. S. Attorney              Interpreter:

Pretrial / Probation Officer present: **Kelly Cockrell**

___X___ Agent sworn

___X___ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education

___X___ Court advises defendant(s) of possible penalties

___X___ Court advises defendant(s) of all constitutional rights

_____ ORAL Motion for detention Hearing by Government

_____ Court grants Government's_____ Defense_____ oral motion to continue detention hearing

___X___ Preliminary & Detention Hearing set for: **February 17, 2006 @ 9:00 a.m.**

___X___ Defendant(s) in custody

___X___ Defendant(s) detained without bond as:   Risk of Flight__X__   Danger to Community__X__

_____ Conditions of Release set at:  **N/A**

___X___ Other: **Attorney appointed for defendant**

